AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

SEALED

FILED
Oct 30, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.

LORIE JANE ALCALA

*Defendant(s)*

Case No. 1:26-mj-00133-SAB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 5, 2024 in the county of Kings in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| **18 U.S.C. § 611** | **Voting by Aliens** |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

*Complainant's signature*

Hamilton Hiatt, FBI Special Agent
*Printed name and title*

Sworn to me and signed via telephone.

Date: **Oct 29, 2026**

*Judge's signature*

City and state: Fresno, California

Stanley A. Boone, U.S. Magistrate Judge
*Printed name and title*

ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORIE JANE ALCALA,<br><br>Defendant. | CASE NO.<br><br>AFFIDAVIT OF FBI SPECIAL AGENT HAMILTON HIATT |

I, Hamilton Hiatt, being sworn, depose and state the following:

## INTRODUCTION

1. This affidavit is in support of a complaint and arrest warrant for **LORIE ALCALA** for violation of Title 18, United States Code, Section 611, Voting by Aliens.

2. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all the information known to me and other law enforcement investigators. Rather, this affidavit serves only to establish probable cause for the criminal complaint and requested arrest warrant for **LORIE ALCALA**.

## AFFIANT'S BACKGROUND

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2020. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). As a Special Agent of the FBI ,I am authorized

to investigate violations of laws of the United States, and I am a low enforcement officer with authority to execute arrest, search, and seizure warrants under the authority of the United States. I am responsible for investigations involving complex financial crimes, public corruption, civil rights violations, and healthcare fraud. I have gained experience through previous investigations and through trainings, classes and conferences.

4. The facts set forth in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses involved in this case. This Affidavit is intended to show that there is probable cause for the criminal complaint and requested arrest warrant and does not set forth all my knowledge about this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only, all dates are on and about, and all amounts are approximate.

## CHARGES

5. Based upon the facts set forth in this criminal complaint, I believe probable cause exists to believe that **LORIE ALCALA** violated the following laws of the United States:

a. Count One: **LORIE ALCALA**, an alien, and citizen and national of the Philippines, and lawful permanent resident of the United States, and having registered to vote in 2024, and fully knowing she was not a United States citizen, on or about November 5, 2024, in the County of Kings, State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, or Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

## PROBABLE CAUSE

6. Between September 2, 2026, and September 4, 2026, special agents with the FBI served grand jury subpoenas on the California Secretary of State, the Fresno Registrar of Voters, and the California Department of Motor Vehicles ("DMV") seeking voter registration, voting history, and address information for **LORIE ALCALA.** By October 1, 2026, the FBI had received substantive responses for every subpoena served. The Department of Homeland Security Investigations ("HSI") provided the FBI

with the Alien File ("A-File") for **LORIE ALCALA.**

7. The subpoena returns from the Secretary of State showed the following: On September 16, 2024, **LORIE ALCALA** registered to vote in California, through the DMV online, with an apartment address in Hanford, CA ("Hanford Address 1"). On July 28, 2026, **LORIE ALCALA** submitted a second voter registration application via the DMV online with a change of address to a different address in Hanford, CA ("Hanford Address 2"). Both applications contained the same CA driver's license numbers and dates of birth. On both applications, **LORIE ALCALA** checked the box attesting that she was a US citizen and signed under the declaration stating she was a US citizen. The Secretary of State's voter participation records further indicated that **LORIE ALCALA** voted in one election in 2024.

8. The returns from the Kings County Registrar of Voters showed that **LORIE ALCALA** voted in the November 5, 2024 Presidential general election. The records further indicated that **LORIE ALCALA's** ballot was a mail-in ballot and deposited at the Kings County Government Center drop box. The returns also included scans of the ballot envelopes submitted in the election. The submitted ballot envelope includes **LORIE ALCALA's** name, the Hanford Address 1, and **LORIE ALCALA's** signature. **LORIE ALCALA's** signature on the ballot envelope appears to match the signatures on September 16, 2024, and on July 28, 2026. The subpoena returns show that **LORIE ALCALA's** place of birth was the Philippines.

9. The returns from the DMV confirm list both Handford Address 1 and Handford Address 2 as having been associated with **LORIE ALCALA** as of 2024 and 2026 respectively. Further, the driver's license application submitted by **LORIE ALCALA** to the DMV was handwritten and the signature appears to be the same on the ballot envelope. The driver's license application also lists the same last four digits of **LORIE ALCALA**'s social security number and the same date of birth as reflected in the Secretary of State records. Finally, **LORIE ALCALA's** driver's license number is the same number reflected on both of the voter registration applications.

10. **LORIE ALCALA's** A-File contains her birth certificate showing she was born in the Philippines and has the same date of birth as the DMV records and the voter registration applications. It further shows that **LORIE ALCALA** was granted lawful permanent resident status on March 23, 1990.

11. On October 13, 2026, **LORIE ALCALA** was interviewed by Special Agents with the FBI. In the interview, **LORIE ALCALA** attested to the same date of birth that appeared in the Secretary of State records and that she was born in the Philippines. She further attested that she is a legal permanent resident and has a green card. **LORIE ALCALA** admitted to having a previous felony conviction and knew she was not able to vote. She further explained that, a few years ago, California changed the law to allow felons to vote. With this change, she believed she was allowed to vote as a permanent resident. She filled out her voter registration and admitted to listing on both voter applications that she was a US Citizen. She believed her status as a permanent resident qualified her. **LORIE ALCALA** admitted to voting in the next election following her registration in 2024.

## CONCLUSION

12. I believe the above facts set forth probable cause to believe that **LORIE ALCALA** knowing she was not a United States citizen, knowingly voted in one election in November 2024, held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, and Member of the House of Representatives all in violation of Title 18, United States Code, Section 611, voting by an alien.

13. Based on the foregoing, there is probable cause to believe that **LORIE ALCALA** violated Title 18, United States Code, Section 611, voting by an alien.

14. I respectfully request that a criminal complaint and arrest warrant be issued for **LORIE ALCALA** for this violation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Hamilton Hiatt
Federal Bureau of Investigation

This Affidavit was submitted to me by email/pdf and attested to me as true and accurate by telephone, consistent with Fed. R. Crim. P. 4.1, and 41(d)(3) on **Oct 29, 2026** .

HON. Stanley A. Boone
United States Magistrate Judge

Reviewed as to form.

*/s/ Joshua B. Banister*
Joshua B. Banister
Assistant United States Attorney