AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

**FILED**
Oct 30, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
v. )
) Case No. 1:26-CR-00219-SAB
LORIE JANE ALCALA )

## ORDER SETTING CONDITIONS OF RELEASE
## (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at: U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Place*

2500 TULARE STREET, SUITE 1501, FRESNO, CALIFORNIA 93721

on 01/21/2027 at 9:00 AM

*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 10/30/26 Lorie Alcala

*Defendant's signature*

Date: 10/30/26

*Judicial Officer's Signature*

STANLEY A. BOONE, U.S. Magistrate Judge

*Printed name and title*